## United States District Court for the Northern District of Illinois

Case Number: 08CV2594         Assigned/Issued By: DAJ

Judge Name: KOCORAS           Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                 Receipt #: 2754081

Date Payment Rec'd: 05/06/08        Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

2 Original and 2 copies on 05/06/08 as to GERALD HARRIS, G.K. HARRIS LTD.
                          (Date)

_____