AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

G.K. Harris, Ltd., and Gerald K. Harris

CASE NUMBER: 08CV2594

ASSIGNED JUDGE: JUDGE KOCORAS

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

G.K. Harris, Ltd.
c/o Gerald K. Harris, Registered Agent
600 W. Van Buren Street, #908
Chicago, IL  60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ signature_

(By) DEPUTY CLERK



May 6, 2008

Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**G.K. HARRIS, LTD., AND GERALD K. HARRIS**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 2594**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 13, 2008**, at **3:45 PM**, I served the above described documents upon **GERALD K. HARRIS** as shown be

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **GERALD HARRIS.**

Said service was effected at **600 W. VAN BUREN ST. #908, CHICAGO, IL 60607.**

**DESCRIPTION:** Gender: **M**  Race: **BLACK**  Age: **45**  Hgt: **5'6"**  Wgt: **195**  Hair: **BALD**  Glasses: **NO**


I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**


SUBSCRIBED AND SWORN to before me this 15th day of May, 2008

*Joan C. Harenberg*

> OFFICIAL SEAL
> JOAN C HARENBERG
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:                      ORIGINAL PROOF OF SERVICE                 TRACKING #
Laborers Pension and Welfare Funds*                                          38490
FILE #:

http://staff.judicialinc.com/Judicial_Common/Reports/rptService_Proof.aspx?id=38490&o...   5/15/2008