IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>G.K. HARRIS, LTD., an Illinois corporation, )<br>and GERALD K. HARRIS, individually, )<br>)<br>Defendants. ) | Case No. 08 C 2594<br><br>Judge KOCORAS |

## NOTICE OF MOTION

To:  G.K. Harris, Ltd.                              Gerald K. Harris
     c/o Gerald K. Harris, President                600 W. Van Buren St. #908
     600 W. Van Buren St. #908                      Chicago, IL 60607
     Chicago, IL 60607

     PLEASE TAKE NOTICE that at *9:30 a.m. on Tuesday, June 17, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Charles P. Kocoras, Room 1725, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Entry of Default Judgment in Sum Certain**, a copy of which is herewith served upon you.

June 12, 2008                                       Laborers Pension Fund, et al.


                                                    By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

     The undersigned certifies that on this 12th day of June, 2008. He served this notice to the above addressee(s) via U.S. Mail.

                                                    /s/ Charles Ingrassia