UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Laborers' Pension Fund, et al.
                                     Plaintiff,

v.                                                   Case No.: 1:08−cv−02594
                                                     Honorable Charles P. Kocoras

G.K. Harris, Ltd., et al.
                                     Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 6/17/2008. Defendants are given leave to file the appearance of counsel. Defendants are given to 6/27/2008 to answer or otherwise plead. Plaintiffs' motion [13] for entry of default judgment in sum certain is withdrawn without prejudice. Status hearing is reset from 6/26/2008 to 7/3/2008 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.