IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | No. 08 CV 2594 |
| Plaintiffs, | ) ) | Honorable Judge Charles Kocoras |
| v. | ) ) | |
| G.K. HARRIS, LTD., an Illinois Corporation, and Gerald K. Harris, individually, | ) ) ) | |
| Defendant. | ) | |

## APPEARANCE

WE HEREBY enter the appearance of GERALD K. HARRIS as Defendant in the above entitled cause and ourselves as attorneys therein.

                              Respectfully submitted,

                              GERALD K. HARRIS,
                              Defendant


                              By: _____s/ Christopher M. Kennedy_____
                                     One of his attorneys

Christopher M. Kennedy #6225321
KENNEDY PIERSON & STRACHAN, LLP
668 N. Western Avenue
Lake Forest, Illinois  60045
(847) 295-0300
(847) 295-0344 (fax)
Firm No.: 40764