IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | No. 08 CV 2594 |
| Plaintiffs, | ) ) | Honorable Judge Charles Kocoras |
| v. | ) ) ) | |
| G.K. HARRIS, LTD., an Illinois Corporation, and Gerald K. Harris, individually, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

          To:        See Service List

     PLEASE TAKE NOTICE that on July 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras or any judge sitting in his stead, in Courtroom 1725 of the United States District Courthouse at 219 S. Dearborn, Chicago, Illinois, and then and there present the attached Motion to Dismiss pursuant to Rule 12(b)(6), a copy of which is attached hereto.

                                              KENNEDY PIERSON & STRACHAN, LLP
                                              Cook County Firm I.D. No. 40764

                                              By:   s/ Christopher M. Kennedy
                                                      Attorneys for Defendant Gerald K. Harris

KENNEDY PIERSON & STRACHAN, LLP
Christopher M. Kennedy
668 N. Western Avenue
Lake Forest, Illinois  60045
(847) 295-0300
(847) 295-0344 (fax)
Firm No.: 40764

**SERVICE LIST**

*Laborers' Pension Fund, et al v. G.K. Harris, Ltd. and Gerald K. Harris*
*08 CV 02594*

Amy Nicole Carollo
Laborers' Pension Fund
111 West Jackson
Suite 1415
Chicago, IL 60604
(312) 692-1540
amy.carollo@gmail.com

Charles F. Ingrassia
Laborers Pension and Welfare Funds
111 W. Jackson
Suite 1415
Chicago, IL 60604
312 692 1540
312-692-1489 (fax)
charlesi@chilpwf.com

Christina Katherine Krivanek
Laborers' Pension Fund
111 West Jackson
Suite 1415
Chicago, IL 60604
(312) 692-1540
christinak@chilpwf.com

Jerrod V. Olszewski
Office of Fund Counsel
111 W. Jackson Blvd
Suite 1415
Chicago, IL 60604-3607
(312) 692-1540
312-692-1489 (fax)
jerrodo@chilpwf.com

Patrick T. Wallace
Office of Fund Counsel
111 W. Jackson Blvd
Suite 1415
Chicago, IL 60604
(312) 692-1540
wallace.patrick@gmail.com