## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Laborers' Pension Fund, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:08−cv−02594
                                                            Honorable Charles P. Kocoras

G.K. Harris, Ltd., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:Status and motion hearing held on 7/3/2008. Plaintiffs' answer to defendant Harris' motion [17] to dismiss is due 7/24/2008. Defendant's reply is due 7/31/2008. Ruling set for 8/28/2008 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.