**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 08 C 2594** |
| **v.** | ) | |
| | ) | **Judge KOCORAS** |
| **G.K. HARRIS, LTD., an Illinois corporation,** | ) | |
| **and GERALD K. HARRIS, individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING**

To:    Christopher M. Kennedy
      Kennedy Pierson & Strachan, LLP
      668 N. Western Ave
      Lake Forest, IL 60045

PLEASE TAKE NOTICE that on this 24th day of July 2008 the undersigned filed with the Clerk of Court the attached Plaintiffs' Response to Defendant Gerald K. Harris' Motion to Dismiss Pursuant to Rule 12(B)(6), a copy of which is herewith served upon you.

July 24, 2008                                    Laborers Pension Fund, et al.

                                            By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

**PROOF OF SERVICE BY MAIL**

The undersigned certifies that on this 24th day of July 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                      /s/ Charles Ingrassia