IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 2594 |
| v. | ) | |
| | ) | Judge KOCORAS |
| G.K. HARRIS, LTD., an Illinois corporation, | ) | |
| and GERALD K. HARRIS, individually, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Christopher M. Kennedy
      Kennedy Pierson & Strachan, LLP
      668 N. Western Ave
      Lake Forest, IL 60045

PLEASE TAKE NOTICE that at *9:30 a.m. on Thursday, August 14, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Charles P. Kocoras, Room 1725, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion to Strike or in the Alternative Request for Leave to File the Funds' Sur-Reply to Defendant Gerald K. Harris' Motion to Dismiss Pursuant to Rule 12(B)(6)*, a copy of which is herewith served upon you.


August 8, 2008                                    Laborers Pension Fund, et al.

                                                  By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

### PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 8th day of August 2008 he served this notice to the above addressee(s) via U.S. Mail.

/s/ Charles Ingrassia