## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Laborers' Pension Fund, et al.
                               Plaintiff,

v.                                              Case No.: 1:08−cv−02594
                                                Honorable Charles P. Kocoras

G.K. Harris, Ltd., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 8/14/2008. Plaintiffs' motion [23] to strike is denied. Plaintiffs' alternative motion [23] for leave to file its sur−reply to defendants' motion to dismiss, is granted.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.