# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2594 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Laborers' Pen Fnd et al vs. G.K. Harris, Ltd. | | |

**DOCKET ENTRY TEXT**

Ruling held on 8/28/2008. **ENTER MEMORANDUM OPINION:** Defendant's motion [17] to dismiss is granted as to Count I and denied as to Count II. Defendant's answer to the complaint is due 9/4/2008. All discovery to be completed by 11/4/2008. Status hearing set for 11/4/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | SCT |
|---|---|---|